JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHRAF FARHAN HUSNY SULAIMAN, Petitioner, v. FERETI SEMAIA et al, Respondent. | Case No. 5:26-cv-03184-MAR<br><br>JUDGMENT |

Pursuant to the Order Granting the Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Ashraf Farhan Husny Sulaiman** from custody; and Respondents are **ENJOINED** from re-detaining Petitioner unless they can demonstrate, with specific facts individual to Petitioner, that Petitioner's removal is reasonably foreseeable.

Dated: July 24, 2026



HONORABLE MARGO A. ROCCONI
United States Magistrate Judge